UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-146 |
| VERSUS | SECTION: "R" |
| KAREN CARTER PETERSON | VIOLATION:<br>18 USC § 1343; 18:2 |

## NOTICE OF RE-ARRAIGNMENT

PLEASE TAKE NOTICE that defendant KAREN CARTER PETERSON is hereby set for RE-ARRAIGNMENT on AUGUST 1, 2022, at 2:30 p.m.., before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, 500 Poydras Street, Courtroom C279, New Orleans, LA. 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***
**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: July 14, 2022

TO: Karen Carter Peterson

**COUNSEL FOR PETERSON:**
Brian Capitelli
1100 Poydras Street, Suite 2950
New Orleans, LA 70163

**If you change address,
notify clerk of court
by phone, 504-589-7683**

CAROL L. MICHEL, CLERK

by: Cherie Stouder, Case Manager

AUSA: Jordan Ginsberg, T.A.
Email: jordan.ginsberg@usdoj.gov

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

**JUDGE VANCE & MAGISTRATE**

**COURT REPORTER COORDINATOR
INTERPRETER: NO**

S/A Todd Goodson, FBI
neworleans@ic.fbi.gov