UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA * CRIMINAL NO. 22-146

v. * SECTION: SECT. R MAG. 1

KAREN CARTER PETERSON * VIOLATIONS: 18 U.S.C. § 1343
                                      18 U.S.C. § 2
                     *

\* \* \*

## ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED** that a summons be issued directing that defendant appear on the 1st day of August, 2022, at 2:00 p.m., before the Honorable Donna Phillips Currault in the Eastern District of Louisiana, at 500 Poydras Street, Hale Boggs Federal Building, Room B421, New Orleans, Louisiana, for initial appearance and arraignment.

New Orleans, Louisiana, this 14th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE