MINUTE ENTRY
AUGUST 1, 2022
CURRAULT, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 22-146

KAREN CARTER PETERSON                        SECTION: R

INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT (WITH) WITHOUT COUNSEL   RET: BRIAN J. CAPITELLI
              1100 POYDRAS ST., SUITE 2950, NEW ORLEANS, LA 70163
              X  ASSISTANT U.S. ATTORNEY   JORDAN GINSBERG
              ___ INTERPRETER _____
              Designated by Court and sworn.   Time: _____.M to _____M.

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / DEFENDANT WAS ADVISED OF HER RIGHTS

X / READING OF THE BILL OF INFORMATION WAS:
    READ  (WAIVED) (SUMMARIZED)

X/ DEFENDANT INFORMED THE COURT THAT COUNSEL (HAS BEEN) WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 09



X / BOND SET AT _Personal Recognizance Bond_

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_See attached for additional conditions of release_

X GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON BOND

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ (ARRAIGNMENT) IS SET FOR _Held_

_/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

_/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

DEFENDANT'S NAME: KAREN CARTER PETERSON     CASE NO. 22-146 R

ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: _____

The defendant must:

- [x] a) submit to supervision by and report for supervision to the US PROBATION
- [ ] b) Obtain/Maintain employment
- [ ] d) surrender any passport to U. S. Probation
- [ ] e) not obtain a passport or other international travel document
- [ ] f) abide by the following travel restrictions: Continental U.S. [ ] EDLA [ ] LA [ ]

Other _____

- [ ] g) avoid all contact with victim/witness [ ] co-defendants [ ]

Other _____

- [ ] h) medical or psychiatric treatment if directed by Pretrial Services
- [ ] k) not possess firearm, destructive device or other weapon
- [ ] l) not use alcohol: at all [ ] excessively [ ]
- [ ] m) not use or unlawfully possess narcotic drug/controlled substances
- [ ] n) submit to testing for a prohibited substance if required by Pretrial Services
- [ ] o) participate in drug treatment as directed by Pretrial Services

- [ ] p) participate in location restriction program:
  - [ ] (i) Curfew
  - [ ] (ii) Home Detention
  - [ ] (iii) Home Incarceration
  - [ ] (iv) Stand Alone Monitoring

- [ ] q) submit to the following location monitoring technology and comply with its requirements as directed:
  - [ ] (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
  - [ ] (ii) Voice Recognition; or
  - [ ] (iii) Radio Frequency; or
  - [ ] (iv) GPS.

- [ ] r) pay all or part of the cost of location monitoring as determined by Pretrial Services or supervising officer
- [x] s) report every contact with law enforcement personnel to Pretrial Services
- [x] t) Other(s): Must not enter a casino or gambling establishment