MINUTE ENTRY
VANCE, J.
AUGUST 1, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| VERSUS | NO. 22-146 |
| KAREN CARTER PETERSON (BOND) | SECTION: R |

CASE MANAGER: CHERIE STOUDER
COURT REPORTER: ALEXIS VICE
LAW CLERK: KATIE LEW

### REARRAIGNMENT

APPEARANCES: KAREN CARTER PETERSON, DEFENDANT
BRIAN CAPITELLI, COUNSEL FOR DEFENDANT
JORDAN GINSBERG, ASSISTANT U.S. ATTORNEY
THAIS SAUNDERS, U.S. PROBATION OFFICER

Court begins at 2:30 p.m.
All present and ready.
Defendant sworn and questioned by the Court.
Defendant withdrew former plea of Not Guilty as to Count 1 of the Bill of Information and is prepared to enter a plea of guilty as to same.
Reading of the Bill of Information by the Court to the defendant waived.
Defendant enters a plea of Guilty.
Defendant is cautioned regarding possible prosecution for perjury or false statement if answers to the Court's questions are not truthful.
Defendant is informed of the maximum penalty.
Defendant is informed of the Sentencing Guidelines.
Defendant is informed of rights to trial by jury or the Court and waives same.
Plea agreement signed by the defendant and counsel and submitted for filing.
Factual basis signed by all parties and filed into the record.
The Court finds there is a factual basis for the plea of guilty in this matter and that the defendant is fully competent to enter her plea of guilty and is pleading guilty knowingly and voluntarily.
The defendant ADJUDGED GUILTY on her plea of Guilty.
PRETRIAL CONFERENCE AND TRIAL ARE HEREBY CANCELLED AS TO THIS DEFENDANT.
Pre-Sentence Investigation ORDERED.

**SENTENCING HEARING set for WEDNESDAY, DECEMBER 7, 2022, at 10:30 a.m.**
**Defendant RELEASED on presently set bond.**
**Court adjourned at 2:58 p.m.**

JS-10: 00:28