UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-CR-00146 |
| VERSUS | SECTION "R" |
| | JUDGE SARAH VANCE |
| KAREN CARTER PETERSON | |
| | MAG. JANIS van MEERVELD |

## MOTION TO SEAL

NOW INTO COURT, through undersigned counsel comes Defendant Karen Carter Peterson, who respectfully requests a Motion to Seal the document attached, in reference to the Motion for Downward Departure and Variance.

Wherefore, Defendant Karen Carter Peterson requests that the Motion for Downward Departure and Variance documents be sealed.

Respectfully submitted,

/s/Brian J. Capitelli
BRIAN J. CAPITELLI (La. #27398)
Capitelli & Wicker
1100 Poydras St., Suite 2950
New Orleans, LA 70163
Phone: (504) 582-2425
Fax: (504) 582-2422
brian@capitelliandwicker.com
*Counsel for Karen Carter Peterson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2022, I filed the foregoing with the Clerk of Court, United States District Court, Eastern District of Louisiana and will email to the Assistant United States Attorney handling this matter.

/s/ Brian J. Capitelli
BRIAN J. CAPITELLI