UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-146 |
| VERSUS | SECTION: "R" |
| KAREN CARTER PETERSON | VIOLATION: 18 USC § 1343; 18:2 |

## NOTICE OF SENTENCING

PLEASE TAKE NOTICE that defendant KAREN CARTER PETERSON is hereby set for SENTENCING on JANUARY 11, 2023 at 10:00 a.m.., before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, 500 Poydras Street, Courtroom C279, New Orleans, LA. 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***
**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: December 9, 2022

TO: Karen Carter Peterson

**COUNSEL FOR PETERSON:**
Brian Capitelli
1100 Poydras Street, Suite 2950
New Orleans, LA 70163

Harry Rosenberg
365 Canal St., Suite 2000
New Orleans, LA 70130

**If you change address, notify clerk of court by phone, 504-589-7683**

CAROL L. MICHEL, CLERK

by: Cherie Stouder, Case Manager

AUSA: Jordan Ginsberg, T.A.
Email: jordan.ginsberg@usdoj.gov

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

**JUDGE VANCE & MAGISTRATE**

**COURT REPORTER COORDINATOR
INTERPRETER: NO**

S/A Todd Goodson, FBI
neworleans@ic.fbi.gov