Karen Carter Peterson
2336 Valence Street
New Orleans, Louisiana 70115

September 9, 2022

The Honorable Sarah S. Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C255
New Orleans, Louisiana 70130

**Re: United States vs. Karen Carter Peterson**

Dear Judge Vance:

I am humiliated and remorseful for my actions. I have spent my entire adult life in public service, trying to help people and make a difference. It pains me greatly knowing that I have betrayed that trust and undermined people's confidence in our system of governance and the legal profession. I built a long and storied reputation for honesty and integrity and sadly let my constituents and the profession down.

I also have deeply embarrassed friends, donors, colleagues, and family, especially my husband Dana and my mother Gwen, who have been supportive beyond measure. I have struggled with a severe addiction for almost thirty years, which I managed to keep hidden from everyone except those closest to me. They bailed me out repeatedly as I tried to conquer my demons, only to relapse during difficult challenges. I have begun to make amends and remain committed to rebuilding those relationships once I am done with my legal ordeal.

Please understand that I make no excuses. I accept full responsibility for my actions. I am truly sorry and have made complete restitution to the two entities I harmed. I also stand ready to accept the consequences for my actions. I thank your Honor for this opportunity to share some of my story and hope that you might consider tempering justice with mercy in reaching your determination.

**Background:**

I was born in New Orleans on November 1, 1969, to Kenneth and Gwendolyn Carter. They lived just blocks from each other growing up and met at a Boys and Girls State Leadership Conference when they were sixteen. They married in 1965. I





have two sisters, Tara, born in 1966, and Eileen, born in 1978. I was named after both my grandmothers, combining my first and middle names.

My mother began college at St. Mary's Dominican but left before obtaining a degree to help support the family. She worked as a licensed practical nurse in a local housing project and as an administrator in the rectory for her priest.

My father attended Loyola University on a Physics scholarship but left after freshman year due to a traumatic incident. My father earned a spot on the basketball team, and during the season, the coach of another team said, "we won't play if the nigger plays." The coach sat my father for that game, which profoundly impacted him. He dropped out to work at Texaco as a draftsman but never gave up on his dream of earning a degree.

When I was five, my father and mother sat down to have a serious conversation about their future. My father wanted to return to school to obtain a college and law degree. He promised my mother that she'd never have to work again if she played the primary role in supporting the family while he attended to his studies. My parents were ambitious, both obtaining real estate licenses to earn extra income. My father also refereed basketball games. My mother took on extra shifts, and they both sold real estate during this time. My mother sewed all our clothes, cooked, cleaned and tended to the household as our parents scrimped and saved. We were poor but never felt disadvantaged, thanks to my parents' love and sacrifice for Tara and my education.

My parents ran a strict but loving household. My mother grew up in a single parent household barely knowing her father and helping to raise her younger siblings. She craved order as her undiagnosed obsessive-compulsive disorder made her very demanding. Tara and I had chores after school and on weekends, helping to clean the house and yard. According to my mother, there was only "one correct way" to do things, and we got punished if we didn't follow exact, meticulous instructions.

My parents were also very demanding when it came to school. They sacrificed greatly to send Tara and me to private Catholic school and reminded me constantly as my mediocre grades frustrated them. Tara was excellent at sports and an overachiever at school. I was not athletically inclined and never fully applied myself to my studies. I felt frustrated living in Tara's shadow and had a rebellious streak that led to many punishments. I might get hit with a belt or be sent to my room, missing family events. I found it difficult to control my impulses as a child, even as I loathed being excluded from activities.

My grandparents played a huge role in my life. My maternal grandmother, Myrtle, was a domestic and had a job cleaning planes at the airport. She was a regular at the racetrack where everyone knew "granny." She'd come to our home with donuts

and talk about racing. My great aunt, Auntie Maude, would also visit and share stories of her work as a maid for wealthy white people, fueling my ambition to make something of myself.

My paternal grandfather was an auto mechanic, and my grandmother was a homemaker. My grandfather was a hard worker and did most of his work for African American and Jewish people in our racially segregated city. He had an excellent reputation for quality service. My grandmother was a fantastic cook, community activist, and active church member. Both sets of grandparents were practicing Catholics. I learned so much about the importance of giving back to the community from spending time with them growing up.

We initially belonged to a predominantly white church where I also attended school at St. Francis Cabrini, as my parents raised us Roman Catholic. My father briefly stopped attending when I was eight because the Pastor badgered him for additional weekly offerings, as my parents did all they could to stay afloat financially while paying our tuition.

When I was around ten, we switched to Saint Monica Catholic Church, where my parents had grown up and gotten married. It had a predominantly black congregation. I got heavily involved in the youth choir (and later, adult choir), where the choir director, Veronica Downs, became like a big sister to me. I also volunteered in church as a member of the Church Youth Organization and eventually became president. My mother volunteered with senior citizens. Active participation in church has played a vital role throughout my life.

In 1978, my father graduated with a joint degree from Loyola Law School and the University of New Orleans. Later that same year, my sister Eileen was born on my birthday. My grandfather spoke highly of my father to a client and helped get my father his first legal job, clerking at a Jewish-owned law firm. They hired my father after law school, and he worked hand-in-hand with the owner's sons, who were my father's contemporaries. They eventually offered my father a partnership, but he turned it down to open his own firm Carter & Cates, with his friend Sidney when I was a teenager.

I enjoyed a diverse upbringing as a child. I was one of the few African American children at school. Most students came from affluent families, while mine was of very modest means as my parents struggled to provide Tara and me with a better life full of opportunity. I also attended summer camp at the Jewish Community Center (and visited Israel three times as an adult). I learned how to get along with everyone and developed a great appreciation for the value in people's differences that would serve me well as I entered political life.

Education:

I attended kindergarten through eighth grade at St. Francis Cabrini. I was outgoing and gregarious, getting along well with other children. As I mentioned, I did not earn excellent grades, just average, but it wasn't for lack of capability. My teachers regularly told my parents I could do better if I applied myself.

Part of my issues stemmed from impulse control, as I would get in trouble for disrupting class and seeking attention. I also felt I would never be able to do as well as Tara (who later graduated from Loyola and earned her master's degree at MIT after getting her real estate broker, agent, and appraisal licenses before age twenty-one). I remember my mother always saying, "why can't you be more like Tara." I mostly earned As, Bs, or Cs, but the occasional D would get me in serious trouble with my parents. My parents' punishments for bad grades had a minimal impact on my performance.



From the age of eight or nine, I began to tag along with my father to meetings as he became politically active. I'd help stuff envelopes to send mailers, knock on doors and make calls from phone banks using scripts. I'd advocate for candidates, knowing little about who they were, because I enjoyed the engagement with people. The adults I worked with endearingly called me Tiger because of my tenacity and told me I'd become the first woman Mayor. My confidence grew considerably as a young adult from this experience.

I joined the Girls Scouts, where I went camping and engaged in community projects and clean-ups, further fueling my desire for public service. I worked at the Dryades YMCA during the summers from seventh grade through high school, helping underprivileged children.

I attended the all-girls Mercy Academy, a Catholic High School, as one of eight black girls in a class of eighty-eight. I felt ostracized and had a challenging experience. It was the first time I ever felt discrimination, as students would come to class on Mondays discussing the fun parties and get-togethers they had, none of which I'd ever be invited to. I chose to focus my time working with my father at his law firm and getting involved in politics. My older sister, Tara, became my father's office manager, and I'd handle filing, answering the phone, and cleaning up around

the office. I also began volunteering to tutor underprivileged youth to help them with homework and reading.

As for politics, my father helped elect New Orleans' first black Mayor in 1978 and became a early member of the Black Organization for Leadership Development. They focused on enfranchising black people and getting them interested and involved in the political process. My father later got elected as the first black tax assessor in the late nineteen eighties, shortly after starting his firm. Our family felt so proud of him for all his incredible achievements and for serving with honor and integrity. I followed his lead and that of my grandparents to become actively involved, stemming from a deep desire to engage in community service and give back to the community.

My grandmother died of breast cancer at fifty-six when I was a freshman in high school. It felt highly traumatic as we watched this strong, wonderful woman who raised three children on her own suffer and fade away. My grandmother's proud work as a domestic to support her family served as a stark reminder of how much my family had sacrificed and how far we'd come. Our family mottos are "never give up" and "pay it forward," and I felt internal pressure never to squander the opportunities I had been given. My mother now owns the house, and my little sister lives there, but all I can envision every time I visit is my grandmother wasting away.

I engaged in high school as a member of the Red Cross Team, Pep Squad, Math Games, the Vice president of the Student Council, and, for a short while, on the basketball team. This compelled me to keep my grades up since my parents wouldn't let me participate if they weren't up to par. At age sixteen, I developed a taste for drinking with my friends, who were mostly misfits, like me, because we didn't fit in.

**Early Adulthood:**

I graduated high school in 1987 and decided to attend Loyola like my sister Tara. After freshman year, I earned a summer internship with Congressman Billy Tauzin and thoroughly enjoyed the atmosphere. So much so that I decided to transfer to Howard University so I could stay in the Washington, D.C. area. That summer, I also met and began dating Anthony Robinson, who would become my first husband five years later.

While at Howard, I was studying international business and marketing. I thought I wanted to be a lawyer, but I also had a passion for international business and marketing. I wanted to keep my options open. I also worked part-time for U.S. Senator John Breaux and then as an intern at a law firm doing utility regulatory

work. I spent a good amount of time lobbying and worked with congressional staff crafting utility legislation.



I earned average grades in college while working a part-time job at a local pizza joint and serving as an active member of the business fraternity Delta Sigma Pi, in addition to my political work. I graduated in 1991 with a Bachelor of Business Administration focused on a concentration in international business and marketing.

I wanted to join the Peace Corps after graduation, but my father strongly disagreed since he wanted me to go directly to law school. So, I enrolled at Tulane Law School, working in my father's office during my first year.

Anthony had enrolled in a joint program, law school at the University of Virginia (UVA), and a political degree at Harvard's Kennedy School of Government. He came to visit me in New Orleans, and we then began a drive up to Boston, where I would join him, taking a year off from law school. We stopped one hour into our drive and decided to get married. I called my parents from an Applebee's, telling them the wedding would be next week in Washington, D.C., where Anthony's parents lived. In August 1992, we were married and in Boston. The marriage almost immediately began falling apart.

I got a job in Boston at Ropes and Gray as a paralegal, but I wanted to be back in school. Tulane agreed to allow me to participate in a visiting program over the next two years while I would be away. I attended Boston College Law School spring semester. That summer, Anthony and I returned to New Orleans, where I worked for my father and Anthony had summer associate jobs at two law firms. We then moved to Virginia for his program. I worked as a paralegal that fall at a small local law firm and attended UVA law school in the spring. Anthony graduated in the spring of 1994 and accepted a job offer in New Orleans. I returned to Tulane for a final semester, during which time Anthony and I got divorced. I found it difficult to understand my marriage as a failure. I cared about Anthony and had my parents' marriage as a role model. In retrospect, we simply had trust issues we were both too immature to overcome.

The Beginning of my Gambling Addiction:

I joined my father and the rest of the family on a political junket to the Bahamas at age sixteen. I sat next to my father's friend at a high-limit blackjack table, and he wanted to play multiple hands. The casino wouldn't let him, so he sat me in the chair next to him. I watched in awe as he went on a hot streak and gave me $600 from the winnings as compensation.

I was twenty-five the next time I gambled in a casino. I was separated from Anthony and felt desperately sad. I borrowed money from Anthony's mom to cover my gambling debt, saying I needed it for bills. My parents discovered the truth and bailed me out, paying back my debt.

In the late 1990s, I became depressed and again sought out gambling as a release. I again lost more money than I had, and my parents saved me. However, this time they insisted I get treatment, and I checked myself into an inpatient drug and alcohol abuse program at Methodist Hospital since no program existed for gambling addiction. This began a long cycle of me going in and out of treatment for gambling the rest of my life.

Over the last twenty plus years, I have worked with multiple therapists and joined Gamblers Anonymous. I would recover for a while, but my progress always inevitably ended in a relapse as I got too comfortable in my recovery and thought I could manage my behavior without GA or counseling. I somehow managed to keep my gambling problem a secret from everyone except my parents and future husband, as I wore many professional hats. To hide my gambling, I would use the excuse of being busy in one job as a reason for being absent in another. My gambling got progressively worse the more money I earned over the years as I gambled away millions of dollars. It is an insidious and baffling disease that causes overwhelming cycles of guilt and shame.

My Career:

Throughout my career, I have had many jobs and positions of responsibility. I have always thought of them as four separate areas (i) my work in the Democratic party, (ii) my legislative service as an elected state official, (iii) my legal work, and (iv) my consulting practice. At various points of my life, depending on circumstance, one or more has taken a greater priority than the other.

I mostly worked in my father's law firm until he retired. I felt honored to work by his side. He had such a forthright work ethic and addressed every case with the utmost integrity. I did my best to follow his lead. I went on to work as counsel at prominent law firms with offices in New Orleans and all over the world once he retired. My legal work eventually led to consulting and providing strategic advice.

I won my first elected position at age eighteen as a delegate to the Democratic National Convention. I got elected to the Louisiana house at age twenty-nine, where I served ten years, the last two as speaker pro tem. In 2010, I successfully ran for state senate, serving until April of 2022. In 2012, I became the Chairperson of the Louisiana Democratic Committee. I also ran for U.S. Congress twice and lost.

While in the legislature, I fought for many important issues and dealt with disasters that greatly impacted the people of our great state. In the aftermath of Hurricane Katrina, I played an instrumental role in helping many people get back in their homes and navigate insurance issues. I fought hard for education reform, directly impacting the future of thousands of young people as we improved the schools and entire education system. I also played a key role on issues relating to healthcare, making it more affordable and available to my constituents. I consistently fought for the rights of women, children and the underprivileged.

I have won many awards and earned numerous distinctions throughout my career but am particularly proud of two of them. I was nominated to be one of two initial recipients of the JFK New Frontier Award during its inauguration. This award was created to annually recognize one person from politics and another from the public sector for outstanding achievement. I felt especially honored receiving my prize directly from Caroline Kennedy and the late Senator Edward Kennedy, at Harvard University.

I was also one of twenty-four people, half Democrat and half Republican, selected to receive a Rodel Fellowship of Public Leadership in its inaugural year. The fellowship was created to foster civility and partnership to preserve respect for our governmental institutions. Other notable recipients that year included Gabby Giffords, Michael Steele (who became chairperson of the Republican party), and Tom Perez (who became chairperson of the Democratic party). It offered an opportunity to travel around the world as part of a two-year program engaging in serious dialogue and meeting with leaders from around the world. Other notable subsequent recipients in later years include Kamala Harris and Stacey Abrams.

I have faced many battles and challenges along the way, relating to my race, gender, and progressive politics in a largely conservative state. Yet, I have persevered, winning people over through sheer determination and making friends across the aisle. I always sought to overcome political differences by remembering we all had the people's best interests at heart. We simply had different perspectives on how to get there. Yet, I couldn't help but take each lost election or failed legislative agenda personally. I felt passionate about my perspective on helping people. With every setback, I got depressed, triggering my co-addictions to gambling and drinking. It was a vicious cycle.

My Personal Life:

I met Dana Peterson in 2002 through mutual friends at the Annual Black Caucus in Washington, D.C. He was living in New Jersey and working as a political consultant for the Democratic Party. We began dating long-distance, and he eventually came to live with me in New Orleans. Dana had a hard time finding himself in Louisiana, working odd jobs but not finding anything professionally rewarding. We broke up, and he left shortly before Hurricane Katrina.

I was in the legislature then, and Katrina slammed my district the hardest. I had family and friends who had lost everything. A short while after the hurricane hit, I was on a twenty-four-foot boat assessing the damage to my legislative district and city. I recall approaching Charity Hospital, and the patients and staff there began thanking me for saving them when they saw me. But there was nothing I could do. I had been a fixer and community servant all my adult life. I felt so traumatically helpless not being able to save them.

After working nonstop for six weeks on disaster recovery matters, I became overwhelmed by the disaster and my government responsibilities. I escaped to New Jersey to visit Dana. He went to work, and I hit the casinos of Atlantic City every day, losing all my money on one of my binges but hid my addiction from him for fear he'd abandon me. On occasion, I also drank in excess to deal with this stress.

We rekindled our relationship and got engaged in December 2005. Dana moved to New Orleans in 2006, and we married in 2007 in a small, private wedding. Dana found steady work as the political director of the Service Employees International Union, and our lives got on track.

I always wanted to have children but never have. In part, my career got away from me, keeping me busy all the time. The gambling also got in the way, as Dana eventually found out. He bailed me out several times, adding restrictions like taking control of my accounts. He feared having children given our financial instability and insecurity about fatherhood. Dana also had a rough childhood. He never knew his father and his mother was an addict. His bailing me out reminded him of when his mother stole from him when he was in high school to feed her drug habit. It was another betrayal. I feel so incredibly sorry for making him feel that way. Sadly, Dana's lack of desire to have children served as yet another trigger for my depression and urge to gamble.





In 2011, Dana and I took in a high school student named Jamal Burdette to live with us for a couple of years. Dana was a volunteer on the board of directors for a charter school. Jamal was intelligent but rotated between different family members' homes and homeless shelters since he lost his mother at six and his father was a deadbeat. We initially got him into community service to defray fines from minor criminal incidents and tried mentoring him. However, it wasn't enough.

One day, Dana gets off a call and says, "Jamal needs me; I'm going to pick him up." I looked at Dana and asked if Jamal should stay with us. Dana had been thinking the same thing and came over to hug me. Jamal stayed with us through high school, the only one of seven siblings to do so, and we helped get him a college scholarship. He lasted only one semester and then chose to go in his own direction. We reunited one day when he surprised me with a phone call inviting me to lunch. It was so rewarding to see his growth and maturity. Jamal has since moved to Dallas and has three beautiful daughters. He keeps in touch and never stops thanking us for saving his life.

I have additionally mentored scores of individuals during my work in the public and private sectors. Many of them served as interns in my political office, associates in my legal profession, and volunteers in the Democratic party. I have done my utmost to mold them into professionals and good honest citizens with a commitment to service.

On July 25, 2018, my father had a stroke while playing golf. We had an extremely close relationship and spoke daily. He gave me great advice and fatherly love. When I gambled, I avoided those calls out of embarrassment. I'd also stop going to church. My dad would leave messages when he thought I was gambling. He'd say, "I love you and want to hear your voice. You know I don't care about your titles; baby, I only want you to be healthy." He also told me that I was so intelligent and talented and that if I could just get a handle on my addiction, I could help so many more people.

On the day of my father's stroke, I was at a casino while traveling and ignored several calls before picking up. I left my chips at the table to take the call and learn the bad news. To my eternal shame, I returned to the table and gambled some more before returning to my hotel. My addiction had gotten that bad. I tortured myself in self-loathing and disgust, bawling and crying the entire ride home. My father had

four heart attacks and some small strokes during his life due to stress. I believe in my heart that I was part of that stress. He died ten days later. I regrettably turned to gambling and sometimes drinking to soothe the pain of his loss.

I realized that my addiction was getting the best of me. I had voluntarily enrolled in a state program designed to help people with gambling disorders. Under this "self-exclusion" program offered by Louisiana and Mississippi, a person struggling with gambling addiction can sign up to voluntarily exclude oneself from entering a gambling establishment. I consented to allowing officials who see me in a gambling establishment to escort me out and issue a summons. Sadly, I violated my voluntary ban in both states in 2019. That same year a local news media outlet obtained confidential information about the summons, and I issued a public statement about my gambling addiction and related struggles. I enrolled in an intensive outpatient treatment run by Matricia Greene, a certified Gambling Counselor and repaid several gambling related loans and tax liabilities, making significant incremental progress. Regrettably, I still lacked the strength to control my disease even as I continued in treatment.

**My Crime:**

I used several ploys during my marriage to Dana to feed my gambling addiction. In the beginning, I would max out my credit cards and take out bank loans. I then agreed to get rid of those cards and pay off loans, only to fund bank accounts I hid from him funded by consulting fees I had paid there instead of into my main account. Once he discovered that, I no longer had any control over personal accounts.

The last remaining default accounts I did have access to were The Karen Peterson Campaign Fund and that of a political organization. I misled several friends and associates telling them I needed to handle some things for the campaign or my office. They trusted me implicitly and accepted checks from the fund in exchange for fictitious services and I used the majority of the funds to cover my gambling debts. I sank to another new low, knowingly improperly using these accounts to feed my addiction.

**Subsequent Events:**

I checked into the Center of Recovery (CORE) in Shreveport, Louisiana, on November 1, 2021, my fifty-second birthday. Ironically, I helped fund CORE and spent most of my legislative career as a staunch advocate for gambling treatment. It was the first time in my life that I finally truly surrendered my will to my higher power, God.

I got out of CORE on December 3, 2021, and signed a contract to keep me on track. Part of the program involves daily weekday Gamblers Anonymous (GA) meetings, and twice weekly CORE GA Alumni meetings. I also host the Friday GA meeting selecting a topic and moderating the discussion. On Tuesdays, I participate in an intensive outpatient group session run by, Matricia Greene. I also engage in individual counseling with her several days a week.

Through the program, I have been to a GA weekend retreat in June 2022, called Unity Weekend. I also attended the National Council on Problem Gambling (NCPG) Conference in Boston but declined to speak when offered because I didn't want it to interfere with my recovery. Through GA, I met the presidents of the New York and New Jersey Councils on Problem Gambling. They have befriended me and helped with my recovery. I'm scheduled to attend a Women's Recovery Retreat for gambling later this month and will remain active with NCPG and other support groups.

I have counseled with my Pastor at Saint Peter Claver Church, where I regularly attend services. I also engage in community service by advocating for more treatment at Metropolitan Human Service District where gambling addiction programs are administered. I also helped Odyssey House obtain funding for a new facility in New Orleans to treat people struggling with gambling addiction. Lastly, I recently sat for a television interview with Randy Livingston from WWLTV discussing our addiction during Gambling Awareness Month, and have been vocal about helping others avoid the pain and heartache of this disease. My prayer is that I will be able to continue my service by publicly sharing my experience, strength and hope, encouraging others to seek help before it's too late. That is what I believe God is calling me to do. True Purpose.

**Conclusion:**

I am grief-stricken, knowing I failed my donors, community, friends, and family. They have loved and supported me throughout my career, and I have let them all down by committing this crime. I am truly sorry. I would especially like to apologize to my mother and husband, without whose steadfast support I would not have survived this ordeal of my own making. I have also betrayed the edicts of my faith, which has been such a big part of my life. The good Lord has blessed me with so much and I failed when tested. I plan on working hard to regain everyone's trust by utilizing the same dedication that helped me earn it to begin with, and redeem myself with my God.

I realize that part of this process requires reflection and making amends. To that end, I wanted to plead guilty at the start of the investigation in November of 2021 and negotiated a plea with the government. It's also why I have written this heartfelt letter to this Honorable Court and have undertaken the steps for my

serious road to recovery outlined above. I know it will be a long journey, I take one day at a time, but I remain committed to finally conquering my demons. However, I recognize that my addiction is no excuse for my crime and stand ready to accept the consequences of my action. On September 28, 2022, I will be celebrating one full year "off the bet." Praise God.

I thank your Honor for your time and pray that you might be inclined to return me to my family and community as soon as possible so that I may actively begin the healing process and continue serving others; just now in a different capacity.

Respectfully,

Karen Carter Peterson