Barry Ivker, Ph.D., MSW, LCSW
2559 Foothills Drive
Hoover, Alabama 35226



11/3/22

The Honorable Sarah S. Vance
U.S. district Court
Eastern District of Louisiana
500 Poydras Street. Room C255
New Orleans, Louisiana 70130

Dear Honorable Judge Sarah Vance,

    I am writing this letter in support of Karen Carter Peterson. I have worked with Ms. Peterson in insight-oriented individual counseling pre-Katrina. When it became clear that she was struggling with a gambling addiction, I recommended that she begin more intensive therapy with an addiction specialist to deal with this specific problem. Addiction requires specialized intensive therapy. It has its own momentum, above and beyond the psychological background that led to the addictive behavior. The addiction has to be the prime focus of the therapy. Its onset is insidious—as if one were wading in knee-deep water and were carried out in a riptide and suddenly found oneself over one's head in deep water in the open ocean. It can affect people of every level of intellect. The early addicts think they are in complete control, and suddenly they are in over their heads. These people, who in every other aspect of their lives consider themselves as having strength of character, often have the illusion of control and don't seek appropriate therapy until they "hit bottom".

EXHIBIT
C

In cases of addiction, even in-patient treatment is not always effective. The focus has to include adequate after care, which could include ongoing therapy and joining a support group like Gamblers Anonymous (GA).

The support group represents a structured modality – frequently a 12-step program, a frequency of participation of 1-4 times per week and bonding with "sponsors" who are available 24/7. The involvement of family and a commitment to a religious community are essential. In some cases, treatment is a lifelong commitment.

Ms. Peterson has accepted the responsibility of the treatment plan in its entirety. She has the support of her husband and her family. She has a deep religious commitment and sees the process as part of her moral development. She has just celebrated the first anniversary of her "being on the wagon". I have spoken with her recently at some length. She is doing everything requested of her to deal with the problem.

The support group concept is a relatively new one in the field of psychotherapy and includes such diverse groups as Mothers Against Drunk Drivers, breast cancer survivors and colostomy patients. It relies on those dealing with a given problem to reinforce their own healing process. One of its greatest strengths is the recognition that those who initially feel helpless can reach a point where they can help others to deal with the problem.

Ms. Peterson has been an effective public servant for many years. She is highly motivated by a sense of purpose that she has a role in helping others. She has the intellect, the insight and the moral commitment to do just that.

I would appeal to you to recognize this potential and afford her the opportunity to pursue what she now considers to be her life's work.

    Sincerely,

                         Dr. Barry Ivker, Ph.D., MSW, LCSW

                         *Barry Ivker*