ECONOMY

# Gambling addiction ensnared well known state senator, ex-NBA player Randy Livingston

Livingston sat down next to Senator Karen Carter Peterson Sunday. The two leaders and public figures fight very similar monsters.



Author: Erika Ferrando (WWL)
Published: 10:34 PM CST March 6, 2022
Updated: 1:59 PM CST March 7, 2022





NEW ORLEANS — Gambling in Louisiana is easier than ever now that mobile sports betting is legal. For some though, it can lead to addiction. That's why Governor John Bel Edwards proclaimed this month as Problem Gambling Awareness Month.

Through LDH, treatment is free, offering inpatient or outpatient programs. Both Livingston and Carter Peterson made that call for help and have been in recovery for several years.

Should extreme biohacking be a human right?



FEATURED BY

"In about two weeks, I'll be on my fifth year in recovery, of being sober. It has definitely been challenging but I feel incredibly grateful," Livingston said.

"You're present. You're present for your family, your work, and the serenity that comes along with recovery is phenomenal," Carter Peterson said. "It's come with a lot of pain. I'm smiling now, looking bright-eyed and bushy-tailed, but there have been a lot of dark days. Particularly for my family, I hurt a lot of people. It's not just you impacted with the addiction."

They shared their stories so other addicts know they are not alone and can recover.

The first step is making a call to the Louisiana Problem Gambling Helpline: 1-877-770-STOP (7867).

RELATED: Sports betting begins in Louisiana

RELATED: Place your bets: Online sports betting is live in Louisiana

Louisiana casinos begin taking bets on sports