# FROM THE DESK OF JASON A. ATKINSON

18 October 2022

The Honorable Sarah S. Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C255
New Orleans, LA 70130

Your Honor,

I am writing on behalf of my close friend Karen Carter Peterson and her husband Dana Peterson. I love both these people very much and consider Karen my sister. We were in the Inaugural Class of the Rodel Fellowship at the Aspen Institute whose goal was to connect the next generation of political leaders, and in our case, it certainly created a lifelong bond. While I am a Republican from the Northwest and Karen and Dana on paper should be the opposite in every way, the truth is we are not, and they are my family.

Like many who care about Karen and Dana, we didn't know about her addiction. But once the secret was out, among us, there is no condemnation. Karen and Dana committed to recovery and Karen has done the hard work of addiction care, the 12-step process, inpatient work and has made restitution. She is, as her family knows, the leader in recovery she has always been in other parts of her life. I am very proud of her and very proud of Dana who has weathered these storms in lockstep with her every move.

Today I ask for your mercy on Karen. She has done above and beyond what the law requires. She has done all this work to heal, get well, and to change on her own volition. I assure you; her character is repaired, and she is in fact a new creation. I marvel who my sister is today. I would urge you in the case before you to use Karen as a avenue for others to get well and to spare her and Dana. Without question, public servants are held to a higher standard. I would offer Karen's recovery is an opportunity for Karen to continue in service to those still in process and those who will be in the process of recovery.

Karen is the best and the brightest in our country. Today her talents are matched with the pain she caused and the public shame of her former positions. But neither of those two definitions represent who she is today. She is recovered. She is well. She is strong. And she will continue to serve. The scripture infers "what God saves us from He uses in." Your Honor, I urge you to consider mercy, value the work she has done, the restitution she and Dana have made and the opportunity for Karen to be used in recovery in Louisiana.

All Best,

Jason A. Atkinson
Former Oregon State Senator
Candidate for Oregon Governor
Rodel Fellow
Founder of Pastor Monday

JASON A. ATKINSON
7811 OLD STAGE RD
CENTRAL POINT, OR 97502



2234 Foxbane SQ
Baltimore, MD 21209

October 30, 2022

The Honorable Sarah S. Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C255
New Orleans, LA 70130

Your Honor,

Thank you for the opportunity to share my deep support for Karen with this letter. I have known Karen
Carter Peterson for more than ten years and have grown to love and respect her immensely.

As a woman who spent most of my life in public leadership positions on the local, state and national
level, my profound care and respect for Karen is rare among my peers in politics. From the moment I
met Karen, we have been more like sisters than peers in public service. Both growing up the middle
child, with a father in public service in a cities with rich history and culture, who went on to pursue the
law and public service, we could not ignore our similarities. We discovered were kindred spirits with a
zest for life and a strong commitment for empowering our communities. Karen has been one of the
most kind, generous and genuine people I have known. She is a selfless and tireless fighter. I remain
proud and impressed with her achievements on behalf of the people she served in New Orleans and
around the state of Louisiana.

I have been witness to Karen's struggle  with addiction. I have also been witness to her determination
and commitment to recovery. Karen deserves the opportunity to heal. She deserves the chance to put
her life back together for herself and for the people she can continue to serve by being a living
testament to the power of responsibility and redemption. I will always be a fan of Karen. I pray for her
strength and your compassion.

Sincerely,

Stephanie Rawlings-Blake

# DONNA L. BRAZILE

October 26, 2022

The Honorable Sarah S. Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C255
New Orleans, LA 70130

Dear Judge Vance,

It has come to my attention that my colleague and friend, Karen Carter Peterson, will soon be sentenced in connection with crimes stemming from her gambling addiction. Like many others who know Karen, I was not previously aware of her gambling addiction, but let me tell you what I always have known about Karen.

I grew up knowing the Carter family, because my father, Lionel, and my aunt, Ethel Mae, went to school with Ken Carter. Growing up in Kenner during the 1960's and 1970's, I remember my father being proud of Ken's accomplishments, especially when he became the first Black tax assessor. I knew Karen from afar when I was young, but I have known the family she came from. She followed in her father's footsteps in becoming an attorney and, like her father, she devoted her life to public service.

Later, when I became a national officer of the Democratic National Committee – first as Vice-Chair and later as Interim Chair – I worked closely with Karen when she was Chair of the Louisiana Democratic Party. In that capacity, I knew Karen to be intelligent, dedicated and engaged with the work of democratic party on the state and national level. She was always prepared and thoughtful in her remarks and, like her father, she never wavered on valuing the greater good above all else. Karen eventually took over my role as Vice-Chair of Civic Engagement and Voter Participation at the DNC and, there too, I knew her to be responsible, professional and dedicated to the critical work of protecting voting rights.

Around the time that Karen became a Vice-Chair of the DNC, I asked her to mentor my niece who was, at the time, considering attending law school. Karen eagerly accepted and provided my niece with stellar mentoring, including coaching her through where to apply to law school, where to work during the summers and even which courses to take. Karen provided my niece with the structure and dedication she needed to succeed. My niece graduated from law school near the top of her class and she is now the first attorney in my family thanks to her hard work, but also Karen's.

Like many of Karen's friends and colleagues, I was surprised to learn of her gambling addiction. Since learning of her troubles, I have spoken to Karen at length and I am confident that she is genuinely remorseful for her actions and fully committed to rehabilitation. She has faced her addiction head on, admitted to it and apologized to many for her poor judgment. Karen is committed to her recovery and I have no reason to believe that she will not be successful.

Your Honor, in weighing Karen's sentence, I would urge you to consider the good that Karen has done for the people of Louisiana and the nation – and even my young niece. Knowing Karen, she will likely use this personal tragedy to help others like her – or others at risk of becoming like her. Karen has a lot left to give and Louisiana needs her talent, dedication and commitment to the greater good.

Thank you for your time.

Sincerely,

Donna L. Brazile

Cory A. Booker
Washington, D.C.

November 29, 2022

The Honorable Sarah S. Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C255
New Orleans, Louisiana 70130

Dear Judge Vance,

Throughout my 20-plus years in public service, from my time on the Newark city council, as
Newark mayor, and in the US Senate, I've advocated for reforms to our criminal justice system.

My advocacy has included speaking out for the rights of the accused, incarcerated, convicted and
condemned as well as for improved conditions in our prisons, jails and immigrant detention
facilities. I've made it a point to visit prisons and jails and I have worked hard to help those
returning from incarceration re-enter society successfully. I have also worked to lower federal
sentences for nonviolent offenses and to make sentencing more fair and proportionate, in
addition to making our system focus more on restorative justice.

It is in this spirit that I write to advocate for a fair and just sentence for Karen Carter Peterson.

My friendship with Karen over the years is one I value. She has been candid with me about her
gambling addiction. Despite her struggles, I still see someone who holds deep passion for
service, a profound gift of empathy for people struggling or suffering and a compelling
conviction to make ours a more just society.

I grieve that Karen has fallen short of her own expectations and I can imagine the pain she has
caused to so many through her failings.

This is not the end of Karen's story though.

It is difficult to acknowledge your struggles and, for those wrestling with the demon of addiction,
it is difficult to begin down a pathway to recovery. Karen is in this fight.

Impressively, Karen has used her own struggles to inform her advocacy, as evident in her work to increase funding for gambling treatment programs that were not available while she was seeking help. Karen is clearly not silent about the challenges she is working to overcome. She seems intent on using her own situation to bring awareness to an addiction that many are silently battling.

As Karen enters this next chapter in life, I believe that she has begun to demonstrate her commitment to healing, toward repentance and toward what will hopefully be her redemption in the long term.

As author and leader Bryan Stevenson has said, "each of us is more than the worst thing we've done." I firmly believe in the possibility of rehabilitation and in the power of redemption for anyone. And I believe that Karen has within her a sincere desire to help others, to be of meaningful service, and possesses the capacity to redeem herself.

From my faith, I believe in, and try to hold myself to the difficult standard of unconditional love. I pray for all those who may have suffered as a result of Karen's actions, and I pray for her. I believe she shares these prayers as well.

Thank you for your commitment to the highest ideals within our justice system. And thank you for giving my letter your attention.

Sincerely,

Cory A. Booker

# *Sean M. Bruno, CPA*

November 1, 2022

The Honorable Sarah S. Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C255
New Orleans, LA 70130

Dear Judge Vance,

I am writing this letter in support of Karen Carter Peterson in light of her pending sentencing.

Karen and I have known each other since we were small kids. Our parents were good friends and we used to vacation together at the beach in Biloxi, Mississippi. We soon went our separate ways and reconnected as young adults as Karen began her journey into politics, ultimately becoming a public servant. Karen has always impressed me with her passion to give back to the community and I have always been a supporter of Karen in her professional career and as a contributor to her campaigns.

Karen has also played a pivotal role in my life. As a graduate of Morehouse College, I have always given back to my community by serving as a mentor to African American youth and by sitting on countless boards throughout the City of New Orleans. Several years ago Karen recommended that I take my service to the next level by serving on the Democratic State Central Committee. I accepted and now have been fortunate enough to serve as a representative for my District, attend historic Democratic Conventions and now I sit on the executive committee of the State Democratic Party. I really appreciate Karen's support and guidance as I entered this new phase as a public servant.

I have firsthand knowledge of the impact addiction has on individuals' lives. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Everyone deserves an opportunity to redeem themselves and give back to the family and community that helped them to overcome their addiction. Karen deserves this opportunity. After meeting with Karen, I feel that she is truly remorseful and is taking steps to allow her experience to make her a stronger person and be a lesson to others.

In closing, I am just one of the lives that Karen has positively impacted over the years. With a second chance, I believe Karen will continue to have a positive impact in our community. As you consider her sentence, I humbly ask that her years of service and commitment to the community be taken into consideration.

Sincerely,

*Sean Bruno*

Sean M. Bruno, CPA

11269 Notaway Lane                                                                                    New Orleans, LA 70128

James Benton III
P.O. Box 44215
Baton Rouge, LA 70804

November 4, 2022

The Honorable Sarah S. Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C255
New Orleans, LA 70130

Your Honor,

I met Karen Carter Peterson about 14 years ago when I began my career at the Louisiana Senate as an analyst and eventually became a staff attorney. In the beginning, I watched her from a distance as she fought on the House floor for her constituents. Eventually, she made her way to the Senate Chamber, where I was afforded the opportunity to meet her formally. I always admired the passion she exuberated fighting for not only the people in her district but also the people of Louisiana. Little did I know, that I would be blessed with the opportunity to work with her directly years later.

Karen has truly been a beacon of light in my life. She has shown me the level of hard work and dedication it takes to accomplish things for the greater good of our fellow human beings. She has taught me there is no proverbial clock to punch when representing those in need and that it is a 24-hour job. Her passion for the people is second to none. At the state capital, she has been a warrior for the people. In her own community, she has been an approachable leader with her finger on the pulse of what really matters to her constituents.

While serving in the military, she always supported me when I had to leave in service of my Country. When I left to go to Judge Advocate School, she made sure I had a position when I got back and worked directly with her on the Women and Children's Committee at the Louisiana Senate. Since that time I have worked on several other committees with her. She always checked in on me to make sure I was not settling in regard to my legal career. She has offered me countless opportunities to expand my professional career.

The thing about Karen is she sees past the day-to-day professional relationships that oftentimes block knowing another person on a personal level. She actually cares about the well-being of others. She has cultivated a small army of supporters who have become family, including myself, because she has sown into us and seen things in us that many of us may have not seen for ourselves. Your honor, I would ask that you would be able to see past this obstacle, which she has faced head-on, and grant her the grace of someone who has always put others first.

Karen's current legal obstacle is not determinative of who she is as a person. Karen is a remarkable human being who has spent her life in the service of others. Your honor, I ask that you consider her life in total. I ask that you consider the countless people that she has assisted throughout her life. I ask that you believe

in her the same way she believed in many others, including myself. I ask that you believe in her, as the asset she has always been to this great state, and will continue to be. She is a mighty woman of God, an advocate for the people, a mentor to many, and an inspiration to an army of dreamers. In summation, she encompasses countless good qualities that drive those of us that know her to pray and plead for her grace throughout this process.

Respectfully,

James Benton III

Avis M. Brock
3302 Toledano Street
New Orleans, LA 70125

October 21, 2022

The Honorable Sarah S. Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C255
New Orleans, LA 70130

Dear Judge Vance,

I am writing this letter of support for my friend and colleague, **Karen Ruth Carter Peterson**. In 1999, I initially met Karen where both of us were contenders for the 93rd District seat in the Louisiana House of Representatives. At that time, the seat became vacant by the passing of my grandfather, Reverend Avery C. Alexander. During that race, I realized we were more alike than different concerning passion for children, families, and communities. Although she won and I lost, I developed admiration and respect that marked the beginning of a long friendship.

Karen and I come from quite diverse backgrounds. But what I appreciate most about her is that she has always been non-judgmental. She sees tremendous value and virtue in most she meets. She is genuine, kind, straightforward; is as intelligent as anyone I have ever met. During the family's time of bereavement at the passing of her father, "Ken" Carter, I saw her willing to be vulnerable and share openly with others. Karen exudes compassion and love with every fiber of her being.

Karen entered politics because she wanted to improve our communities. She delivered on every campaign promise she ever made. Beyond that, she cared for the people of Louisiana. Last year, Hurricane Ida hit our area hard. I had the pleasure of working with KCP as she pulled together a massive recovery effort at the Dryades YMCA serving thousands. People in the area lost power and access to critical services. Karen quickly mobilized resources and military workforce to help our team. This team fed people, distributed water, ice, sandbags, cared for the elderly in the senior centers; we supported a senior housing facility, in her senate district, where four residents were discovered dead from the heat; we assisted with locating missing loved ones and more. Through this effort, under Karen's leadership and commitment to the community, we helped people in our metropolitan area through a challenging time. I have witnessed Karen do this countless times over the past 20+ years I have known her.

I am deeply saddened that Karen is in this position and I am emotional as I write this letter on her behalf. I wholeheartedly trust that Karen never intended to hurt anyone or cause pain to her family and friends. Karen comes from an upstanding and proud family/village who is suffering with her through this. Karen's nickname amongst her closest friends is "Tiger." Why? She is tenacious and a fighter, and she will recover from this. Because of the significant investment Karen has made throughout her life of public service, she has the support of so many throughout our community and throughout Louisiana. I pray that she is provided as much grace and mercy as possible.

Sincerely,

Avis Brock

5581 Maple Ridge Dr.
New Orleans, LA 70129

October 20, 2022

The Honorable Sarah S. Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C255
New Orleans, LA 70130

Your Honor,

I have known Karen Carter Peterson since she was a young girl.
Her father and I have been great friends since we began
community work together in the 70s in the central city area.
Karen is like a niece to me. She has my unwavering support.

From a young age, Karen was very organized and focused. She
had a big heart for helping people, so it was not surprising that
eventually, she entered politics. When she first decided to run
for the legislature, I happened to see Karen as I was wearing a
shirt supporting the opposing candidate. Karen cried as she sat
down with me and shared how she wanted to help make a
difference in our community. I left that discussion moved by
Karen's passion and commitment and that she thought enough of
me to help her be a part of her mission. Karen has devoted her
life to public service, and it has always been with a singular
focus on serving the people of Louisiana.

Last year after Hurricane Ida, I was with Karen as we were
doing relief work in our community. As we were distributing
resources, a lady approached us needing diapers for her children.
We did not have any, and as the lady began to walk away, I saw
Karen talk to her and give her $20. This is just one of many
examples where Karen helped people privately. She was never
involved in politics for fame, notoriety, or status. She genuinely
has the heart to help people. If it weren't for Karen, many
community reforms would not have happened. Often, she was
the only woman in a room full of men, and she fought hard for
her constituents. Karen is a fighter.

life's circumstances bring us down, those with a solid character who chooses to be accountable can survive and succeed. Karen is going to make it through this challenge. God has a plan for her life, and He will use her redemptive story of overcoming addiction to help others. Karen's life mission to help others may be delayed, but it will not be denied. Her best is yet to come. She has the full support of me and countless others who believe in her.

Sincerely,

Barbara Keller

4549 Camelot Drive
New Orleans, CA 70127

October 14, 2022

The Honorable Sarah S. Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C255
New Orleans, LA 70130

Your Honor,

Karen Carter Peterson has been a mother to me for over ten years. My birth mother died when I was six years old, and my father was never a part of my life. Karen rescued me; I would not be where I am today without her.

I was in my senior year at Joseph S. Clark High School when we met. I was living pillow to post, effectively homeless. Karen's husband was the local school board president, and I faced legal trouble. I was heading in the wrong direction. They took me into their home. They got me through my crisis.

Karen is kind and caring. She restored my self-confidence and instilled a drive in me to work hard. For the first time, I began to think I had a future. Karen taught me to put God first. With a renewed faith and work ethic, I graduated high school. Karen helped me get a scholarship to attend college. She loved me unconditionally; she changed my life.

Today, I am a bio-medical technician. I have three children, 4, 6, and 8 years old. I love God and have an incredible community that loves and supports me. As I write this and reflect on where I was before I met Karen and where I am today, I get emotional. She took an interest in me because that is who she is as a person. She cares about those who need the most help in life.

We all make mistakes. I have made my fair share, but God sent me an angel named Karen, who rescued me from potentially tragic consequences. Karen has done so much good for so many people like me; it has outweighed any mistakes she made in her current situation. I hope she is given the same grace I was given.

Thank You,

Jamal Burdette

Randy Livingston
2118 Jefferson Ave
New Orleans, La 70115

October 29, 2022

The Honorable Sarah S. Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C255
New Orleans, La 70130

Your Honor,

I have known Karen Carter Peterson for a very long time. I coach her nephew for AAU basketball where Karen ask me to step in as a mentor for her nephew. I have known the family for a long time, Karen has been one of the best of the best in the New Orleans community in helping youth gain exposure and get opportunities to become successful human beings. Karen has always been a servant leader, she has truly made a difference in the community and the world of politics.

When my AAU organization needed help with funding for the kids to travel and pursue their dreams of getting a college education while playing basketball, Karen stepped up and pointed me in the right direction and help the organization for 4 straight years. Her help has paved the way for young men in the New Orleans community over the last 4 summers. Over those 4 years 30 kids in the program has received a scholarship to play basketball in college. Karen has always been there when needed.

Our relationship grow stronger over the last 4 years, because I too, struggle with this terrible disease called gambling. Having gone through the rehabilitation program set up in Louisiana, I encourage and have been a friend of Karen's throughout the struggle. We often check on each other and offer each other support. I have stood side by side in legislation locally and in DC advocating for helping others suffering with this disease. As Karen continues to recover, we will kept pressing forward to bring attention to gambling addiction and to the many people in the world suffering with this disease. She is like a sister to me and I will always be here for her.

The mere fact that Karen has come forward and taking responsibility for her actions is the 1st step in recovery. Karen is an incredibly brave and strong women, a women of faith, God gives his greatest battle to his soldiers and I believe Karen will become better for going through this. Karen will continue to carry out God's work and this is a bump in the road and she continue to be a servant leader in the community.

Your honor, I thank you in advance for considering this letter in your evaluation of Karen. Everyone deserves a second chance, a fresh start.

Blessing,

Randy Livingston



October 28, 2022

The Honorable Sarah S. Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C255
New Orleans, LA 70130

Your Honor,

I had the privilege of meeting Karen Carter Peterson in November of 2021 while she attended the treatment center at CORE in Shreveport, LA. While we were not at the center together, I was immediately moved by Karen's vulnerability and desire to be in recovery over our weekly zoom meetings. I felt a bond with Karen and once her stay at CORE was complete, she was determined to start a new way of life.

From December 7, 2021 until this date of October 28, 2022, I cannot count on one hand the number of meetings Karen has not been at our Core zoom that meets twice a week on Tuesday and Friday evenings while also attending Florida GA Zoom meetings with me. On Friday, May 20, 2022, Karen began another growth point and started chairing our Friday night meetings. To give service in recovery in the beginning stages can be a challenge. There is fear, but there is opportunity for growth. Karen accepted this and in doing so has been a staple in our fellowship. She is lending a hand to those in recovery treatments that need to hear her shares and see the growth from sitting in those same chairs at CORE to leading a meeting.

They call the recovery programs anonymous. Karen's recovery has been out in the public, and she has handled it with strength and grace that I can only hope to achieve one day. Her story has given hope to others who are just starting their battle with this disease and walking into recovery. It gives strength to those who have their own uncertainty about their past and what might happen to them in their future. When she asked me to write a letter, my own anonymity on my gambling addiction is removed and I did so without hesitation. And that is because of Karen and her strength and how much she means to me and others in the program.

Karen has been instrumental in my own recovery. She has helped me through some hard times and is always available for a phone call or to go have a coffee to be there for me and me for her. Her faith has been an inspiration and has helped me see and feel my own connection to God. Not only has Karen been attending and participating in meetings, but leading and chairing meetings. The selfless acts of service, spending her Tuesday and Friday evenings to provide topics for all of us to share on to this day reflects on how kind Karen is and how serious she takes this illness.

Recovery is said to be a simple program, but it takes a lot of work. Karen embodies this and speaks on her struggles with our disease with the goal of living a life with purpose and serenity and providing help to others. This direction was not to fix her past. It is the direction to save and live her life and be of service to others along their journeys.

I am proud and honored to call Karen a sister and a dear friend.

Sincerely,



Sonya Morris
P.O. Box 13504
New Orleans, LA 70185

October 13, 2022

The Honorable Sarah S. Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C255
New Orleans, LA 70130

Your Honor,

Karen Carter Peterson has significantly influenced my life since I was a little girl. My family lived in the same neighborhood as hers, and she was close to my grandmother, who raised me. I love Karen with all my heart and offer her my full support.

Karen is an amazing woman. She is kind and compassionate. She respects everyone regardless of race, gender, wealth, or education. Best of all, she is a genuine and reliable friend who is there for you through thick and thin. She has always been there for my family and me and especially for me since my grandmother passed shortly following Hurricane Katrina.

When I was thirteen, I had a performance at my school. My sister, grandmother, and I were waiting at the bus stop to go to my school. Karen stopped in her car to speak to us and offered us a ride to the school. As I got out of her car, she pulled me aside and told me to "speak confidently and that I was an intelligent young woman and what I had to say was important and will make a difference." I struggled with a speech impediment that required therapy as a young girl. I will never forget Karen's words which inspired me that day. She continued to mentor me throughout my teenage years. I later became the first person in my family to go to college. I went on to obtain my Master's degree. Today, I am an author and speaker.

Karen's heart is to serve and make a difference in the lives of her family, friends, and her community. No situation, including this legal setback, will extinguish the flame that burns deep inside her. It speaks volumes that she has openly acknowledged her gambling addiction and is sharing her redemptive story to help others who struggle with addiction. Karen is a helper, a supporter, and an encourager. She does it through her everyday actions; it is how she lives her life. I pray that her history of helping so many people will be fairly considered and that you can extend leniency to this beautiful woman.

Respectfully,

Sonya Morris

November 2,2022

The Honorable Sarah S Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C255
New Orleans,LA 70130

Your Honor,

I have known Karen Carter Peterson my whole life. She christened me at a very early age, and has been a solid supporter, confidant and role model for me. Throughout my formative years, she's always shown me what it meant to be a strong, black woman that fought for her community and most importantly a woman of faith. There were times I know work called as she's served in politics most of my life, but she never missed an important event in my life and always made sure I knew she was there for me. When I think about why my parents chose Karen to be my godmother, it's surely because she's a true model of what it means to work hard and be successful.

It's recently I realized Karen is also a role model of what it means to suffer graciously, be vulnerable and share your story to help the next person in their struggle.



Now this is her time. When I first learned about her addiction, it was like learning about your superheroe's achilles heel. But I knew just as she was there for me and has been for so many others I had to be there for her. Yet, she didn't need me much because as always Karen has been strong throughout this whole situation- sharing her story with anyone willing to listen, telling people "If I can make it, you can too," but most importantly showing people she's getting through this by her strong faith. While every action has a reaction/consequence I believe this very public struggle has been fairly her consequence. As many people have looked up to her as their superhero, she's had to publicly admit her wrong and let go of her successful political career, face public shame, people turn their backs on her. In the face of all of this she's done the

work internally and externally to begin to right her wrongs. I'm extremely proud of the manner in which she's handled this situation- the way only my nanny can with honesty and integrity.

It is my prayer and plea that God gives you a light heart and allow Karen to continue to help people by keeping her in the public so that she can tell her story and help others.

Respectfully,

Veronique Dorsey
4628 Touro St.
New Orleans,LA 70122

Dana Peterson
2336 Valence St.
New Orleans, LA 70115

November 28, 2022

The Honorable Sarah S. Vance
United States District Court
Eastern District of Louisiana
500 Poydras St., Room C255
New Orleans, LA 70130

Your Honor,

It is with deep emotion and sincere remorse that I write this letter to you regarding my wife, Karen Carter Peterson.

Karen is an incredible woman with great strength, compassion for others, and a strong moral compass rooted in faith, family, and service. It is those qualities that have fueled an impressive career as a legislator, public servant, advocate, and attorney; and it those very qualities that drew me to her when we first met two decades ago.

Our life together has been filled with many incredible and memorable moments. I've grown in more ways than I could have imagined because of her love, care, and unwavering confidence in me. I ultimately found my way to a career in education advocacy, in large part, because I witnessed firsthand her passion for working on behalf of others and this community.

However, like countless other families, we have struggled for many years — much of it in silence — with the effects of mental health and addiction that have caused tremendous pain and suffering for Karen individually, and for our family. Like many family members of those suffering with addiction, we often grapple with the feeling of having not done enough to protect our loved ones from the perils of addiction. In our case, I have made several attempts to manage our finances in a way that would shield us from the devastation of this horrible disease. But, unlike more common addictions such as drugs and alcohol, compulsive gambling disorder offers particularly unique challenges in that patients can hide their addiction from family for years before things fall apart. There often aren't highly visible queues to what is happening just beneath the surface.

I've gone to numerous counseling sessions with treatment specialists and group sessions with others suffering with compulsive gambling addiction and their family members. I've been on countless emergency phone calls and well-intentioned interventions with exhausted family members as we tried to manage our way out of the latest relapse. In fact, Karen's initial move to sign up for the Louisiana and Mississippi's casino self-exclusion list was the result of constant pushing and prodding by her parents and me. We selfishly — and mistakenly — thought we could manage her addiction. We convinced ourselves that if we could just make her do this one thing,

it would solve the problem. Surely, she could see the pain it caused for her and those who loved her most; and that would motivate her to get it under control.

But addiction is compulsive and those suffering can't simply control it. It takes tremendous strength and courage to even begin the process to tackle the power of addiction and get on the path to recovery. And it is that moral fortitude I mentioned earlier that Karen has finally been able to tap into to begin the healing process. On November 1st, 2021 – her 52nd birthday – she voluntarily entered C.O.R.E., an in-patient gambling addiction treatment program in Shreveport, Louisiana. Of course, it isn't her first experience with intensive treatment, including in-patient; however, it is the first time she did so without family pressure or nudging. In other words, she didn't enter for us, she did it for herself. This is a common belief in treatment programs: that patients must commit to their recovery for themselves, not for others.

Of all the accomplishments Karen has achieved in her life, and there are many, I have never been prouder of her than the day she walked through those treatment doors. She was taking her health and wellness, and recovery, into her own hands. I'm also proud to say that we recently celebrated a year of her being "clean and sober," or more appropriately for gambling addiction, "off the bet." She participates in Gamblers Anonymous meetings five nights a week and has served as a leader of her Friday night group, quite natural for the Karen we all know. She works frequently with her sponsor, therapeutic counselor, and spiritual advisor to ensure she is effectively using the strategies and tools that keep her on the path to recovery. These are tools for healing, not simply accountability. She is choosing to use her tools now because it works, not because her counselor, sponsor, or family are forcing her to.

However, her advocacy for those suffering with compulsive gambling disorder has been going on for several years. Unbeknownst to many, during her legislative career, when new gambling initiatives were presented, she was a constant proponent for some portion of gaming revenues be dedicated to problem gambling awareness and prevention programs. Two Louisiana gambling counselors, Ms. Matricia Green, and Mr. Robert Hetrick speak to her efforts in their correspondence to you in support of leniency for Karen. In fact, in the months preceding her resignation, she worked with Governor Edwards to secure $7 million for Odyssey House to launch a new in-patient gambling treatment program in New Orleans – like C.O.R.E. in Shreveport – and hundreds of thousands of dollars for Bridge House/Grace House for compulsive gambling disorder treatment programs.

In some strange way, I feel I have been prepared for the challenges of my wife's addiction over the past twenty years. My mother also struggled with addiction; she fell prey to the ills of crack cocaine and served two stints in prison during my childhood. Naturally, her addiction caused enormous hardship for our family. My grandmother worked into her early sixties despite the onset of Parkinson's disease to support me. My aunts and uncles, cousins, other family members, and coaches all worked to make up the difference for me; ensuring that I had the things I needed to overcome, and maybe with a little luck, even succeed. However, and perhaps more poignantly, my mother never really recovered.

In 1985, she returned home from California after her first prison term. That day is permanently sketched into my memory – as much as the day she was arrested and taken away. As my best friend and I were being dropped off at home after practice by our basketball coach, my mother was anxiously waiting behind the screen door. The effects of a prison sentence as a treatment for her drug addiction were physically apparent. She was disheveled and as a young teenager I didn't know how to process the emotions that were swelling up in me. My friend, recognizing her, asked if that was my mother. My immediate response was quick and emphatic.

"No," I responded. "I don't know who that is."

Although our family was elated for my mother's return – I'm certain my grandmother was relieved to have her daughter back – and put the whole ordeal behind us; there would be more pain, suffering, and loss in store, much more. In 1989, as a freshman in college, I received a call informing me my mother had once again been arrested. It should have been obvious to me that something was awry. She had been acting erratically, more household valuables were noticeably disappearing with each visit home from college, and my grandmother's care – my mother's chief responsibility at that time – had begun to suffer.

Despite many attempts, my mother never fully recovered from her addiction and the effects of prison to realize her dreams. I share these painful memories because it is much clearer to society today the limits of prison as either a treatment, rehabilitation, or deterrence for certain offenses, particularly those related to or driven by addiction.

Of course, I also selfishly share these memories in the hopes that my wife will not have to experience the same horrors as my mother. Karen's recovery is precious and will undoubtedly be interrupted – if not completely extinguished – by detention. Access to a proven, effective treatment program focused on compulsive gambling disorder is only part of the solution; it must be coupled with self-motivation, commitment, and purpose. Perhaps more important than any of that is the community of those in recovery together that serve as the foundation for successful Gamblers Anonymous groups. Karen has thrived as part of her recovery group. She is accountable, supportive, and encouraging to members of her group, and she has built many personal relationships with group members. And in typical fashion for Karen, she has leaned in to help group members confront the challenges to staying the course and working the program; making her recovery central to how she will live the rest of her life.

Karen's case has garnered much attention in our local community because of her role as a public servant. We need to make sure elected offices are held accountable for their actions. However, more than accountability for public officials, Karen's case should serve to highlight the perils of gambling addiction. With the exponential – and alarming – rise in costly, slick advertising by casinos and gaming companies because of the wave of gambling legalization, the flood gates have sprung wide open. We've normalized betting and welcomed it into our living rooms. Karen's story – and others like her – is a canary in the coal mine. The valuable lesson here is not one of elected officials abusing the power given to them by constituents, rather, it is a story of a beautiful person made in the image of God, fully capable of the wondrous works God has called

her to do, but not impervious to stumbling off the path or falling short of what we believe God wants from us.

Karen has made a costly mistake, but that mistake is not the result of a character flaw. Karen's transgression is rooted in addiction. And according to treatment specialists – although not as well-known as substance addictions, in many ways compulsive gambling disorder operates the same as substance-induced addictions, affecting brain cells and circuitry much the same way. It's taken me twenty years and plenty of pain to understand the depths of what I'm asking your honor to understand in a matter of weeks.

The good news is that Karen remains in service to her community despite the enormous challenges brought on by her current circumstances; she continues to be a champion for the needs of the suffering, a mentor for young people trying to find their own path, and a beacon of hope for others suffering in silence. She has proven that one doesn't need a title to make a difference.

Your honor, I humbly ask you to consider her record of service to this community and her commitment to recovery in deciding the right judgement for her offense.

Karen is not perfect but she's worth it.

Respectfully,

Dana Peterson

Tara Hernandez
400 Poydras Street, Ste 2380
New Orleans, Louisiana 70130

The Honorable Sarah S. Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C255
New Orleans, LA 70130

Dear Judge Vance,

I'm writing as an "insider", with an acknowledged bias, but also through a lens that has seen Karen in many ways others cannot, have not, or will not see. Through my lens, I see a god-fearing woman, a person who leads with her heart, who is imperfect, loves family, and is remorseful and committed to getting better one day at a time.

Our parents taught us that life comes with a bowl of problems, what's important is how you handle what's in your bowl because we are imperfect people who must lead with character, telling the truth, and paying it forward.

There is shame that comes with any addiction, what she continued to repeat is that she just wanted to tell the truth, get help, and continue to help others battling the same "demons".

There are a few times where her actions have really stood out as selfless, courageous, and/or that moment where I saw character and said to myself "just wow".

The first was when she shared with me that she and her husband were going to take a male, teenager in their home, because he was homeless, and needed help and guidance at a time when he had no one else. They welcomed him in and provided guidance when needed most. He is productive and remains a part of our family today.

The second was on the first Friday morning after Katrina, when New Orleanians were scrambling to take care of themselves and their families. After repeated days going back and forth between New Orleans and Baton Rouge rescuing seniors and

others by boat, and failing to get the attention of leaders to assist in what she was witnessing, she just decided to seize the moment, walked up to a news media camera, unscheduled, to tell the country that we needed most was gasoline and buses. The news person began to repeatedly ask questions, but her response remained "that what we needed was gasoline and buses".  I'm not saying that there weren't others making those same requests all week, but on that Friday, that's when we finally saw those resources pour into New Orleans.

The third, and these are not isolated occurrences, are constant to this day. Amidst her continued struggles, almost every day, she is doing something to help others who reach out, or many times they don't even know that's she's sent a message or picked up the phone to assist on their behalf to provide opportunities in times of need.

Our actions are sometimes seen through a lens, where the true intent may not be recognized, and can be misconstrued by others. Karen always leads from her heart.

I humbly ask for leniency, and your consideration of her past and future impact. The quote below is one that I know you have heard and read before. I share it, not lightly, but as something I believe and recognize when I see my sister.

The ultimate measure of a (wo)man is not where (s)he stands in moments of convenience and comfort, but where he stands at times of challenge and controversy," Martin Luther King, Jr.

I appreciated your consideration.

Sincerely

Tara Hernandez

The Honorable Sarah S. Vance

United States District Court

Eastern District of Louisiana

500 Poydras Street, Room C255

New Orleans, LA  70130


November 7, 2022


Greetings your Honor.

I have known Karen Carter Peterson over thirty years.  I have participated in her development as a young woman being actively involved in issues of community development and daily living.

From her youth, Karen has been actively involved in social organizations and programs that enabled her to learn how to develop her unique talents as a lawyer, and as a community organizer. She has used these skills for developing the communities in which she has lived for over twenty years.

I know Karen to be a woman of deep faith who has confronted serious challenges to which she is as a woman; a person of faith;  a person of color; and as a public citizen has striven to resolve them in a positive way.

To address these challenges, Karen has been an active participant in the religious practices of the Roman Catholic Church; the social renewal projects of NOLA Family and many other professional organizations.

It was through these support groups that Karen has come forward to acknowledge her personal weaknesses in public. Her public acknowledgement of her issues has the strong support of her family, her Church members and multiple members of NOLA Family and Me.

It is through this strong support system that Karen found the strength to seek the professional and legal help that has enabled her to come to this time or reconciliation with the community, city and state.

I urge your Honor to be compassionate in rendering your judgement to Karen.

Sincerely,

Rev. Victor H. Cohea

2253 Baronne Street
New Orleans LA, 70113.
October 18, 2022.

The Honorable Sarah S. Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C255
New Orleans, LA 70130

Your Honor
CHARACTER RECOMMENDATION FOR KAREN CARTER PETERSON

I am Rev. Fr. Dr. Anthony Kwame Gyamerah, a priest of the Catholic Diocese of GOASO,
Ghana, who served as a priest in residence at St. Peter Claver Catholic Church in the
Archdiocese of New Orleans.

While serving as an assisting priest in St. Peter Claver Catholic Church, I got to know Senator
Karen Carter Peterson through spiritual direction and some activities in the church. As I have
known her for the past three years, Karen is kind, generous, humble, and selfless. She is
respectful, thoughtful, responsible, God-fearing, serviceable, and dutiful.

Your Honor, Karen is spiritual and devoted to her God and Catholic devotions and beliefs. These
unfolded in our spiritual directions, church, and prayer sessions. She also volunteered in most of
the church's community service programs. Karen was generous with her time and resources
during the height of the Covid-19 pandemic. She donated nose masks and assisted in distributing
them to some needy persons without the fear of endangering her health. In acknowledging her
doing these, Karen would remark, "service to God and humanity." This response sums up her
selflessness, dedication, kindheartedness, and humility to affect lives positively.

Your Honor, I am writing this character recommendation for Karen Carter Peterson based on my
knowledge of her as her spiritual director and priest while serving at St. Peter Claver Catholic
Church, where Ms. Peterson is a parishioner. Ms. Peterson is a good person, and I recommend
her to you and your august court to temper justice with mercy.

Sincerely,

(REV. FR. DR. ANTHONY KWAME GYAMERAH)

# CHIMÈNE GRANT SALOY

November 29, 2022

Honorable Sarah Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C255
New Orleans, LA 70130

Dear Judge Vance:

My name is Chimene Grant Saloy and I am writing on behalf of Karen Carter Peterson.

Karen and I are first cousins, as a matter of fact, we are each other's favorite cousin. You see, Karen, our cousin Kevin Carter and I were all born in 1969. Karen and I were nick named Salt and Pepper as young children – which has stuck with us to this day 53 years later. Born only five months apart, we longed to spend time with each other, to spend the night at each other's homes, to go to events and parties, to go dancing school at Diedre Jefferson Robinson School of Dance together, to be maids in the Young Men Illinois ball together, to go to St. Aug talent shows together. The list goes on and on.

I know everything about Karen. Her love of God and church. Her love for Dana, her husband. Her passion for service and helping others. Her commitment to family. Her selflessness. Her love of fishing. Again, that list goes on and on.

But what I didn't know was that Karen had a gambling issue. And when I learned what she did to feed her addition, I was shocked. ████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

Karen's living, however, is very public – as an elected official who served in the Louisiana State legislature and who served the Democratic Party both statewide and nationally. Karen's living involves advocating for the helpless, the poor, the marginalized, the homeless, women and children – another list that goes on and on. But you already know about Karen's amazing legacy of public service. It's not lost on me her Salt nickname is so appropriate as she is indeed the 'salt of the earth' – humble, good and honest ████████████████████████████████



But what I'm not shocked about is that Karen has chosen to be public about her addiction, because she's always been an advocate. She's always owned up to her mistakes. Why? Because she has always been someone to help others. That's who Karen is. A leader. An advocate. A voice for the voiceless. A champion. Her brother's and her sister's keeper. As I appreciate it, Karen is even a leader in her Gamblers Anonymous group. Reaching back and helping someone with their crisis – to uplift them - is part of Karen's DNA.

I am respectfully asking for your leniency in rendering judgement on Karen.  Please don't allow her addiction, the root cause of her transgression and for which she continues to seeks treatment, to shape her sentence. Please let Karen continue to be the 'salt of earth' by allowing her TEST of abuse and addiction that became her TESTIMONY of victory over abuse and addiction be the example and guide for others. Please allow Karen's financial restitution and other potential opportunities for making amends be sufficient, just as the Lord's grace and mercy are sufficient for all of us.

Thank you for your consideration and the opportunity to present this letter to you on behalf of my favorite cousin, Karen Carter Peterson.

Sincerely,

Chimène Grant Saloy